FILED

OCT 1 6 2026

MAGISTRATE JUDGE KERI HOLLEB HOTALING
UNITED STATES DISTRICT COURTT

AUSA Terrence George (312) 353-8898

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY K. LINTON | Case No.: 26 CR 537<br>KERI L. HOLLEB HOTALING<br>Magistrate Judge |

**AFFIDAVIT IN REMOVAL PROCEEDING**

I, Arturo Alvarez, appearing before United States Magistrate Judge KERI L. HOLLEB HOTALING by telephone and being duly sworn under oath, state that as a federal law enforcement officer I have been informed that a petition setting forth violations of probation against ANTHONY K. LINTON has been filed, under case number 5:25-MJ-2214-1, in the United States District Court for the Eastern District of North Carolina.

A copy of the detailed petition and arrest warrant, both under case number 5:25-MJ-2214-1, in the United States District Court for the Eastern District of North Carolina, are attached.

Arturo Alvarez
Deputy U.S. Marshal
United States Marshals Service

SWORN TO AND AFFIRMED by telephone this 16th day of October, 2026.

KERI L. HOLLEB HOTALING
United States Magistrate Judge

PROB 18
(REV. 8/2/2010)

UNITED STATES DISTRICT COURT
FOR
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Anthony K. Linton

5:25-mj-02214-RN

TO: [1]U.S. Marshal or Other Qualified Officer.

RECEIVED
By USMS-E/NC at 3:12 pm, Sep 03, 2026

**WARRANT FOR ARREST**

You are hereby commanded to arrest the within-named individual and bring them, forthwith, before United States District Court to answer charges that they have violated the conditions of their supervision imposed by the court

NAME:
Anthony K. Linton

SUPERVISION IMPOSED BY:
US MAGISTRATE JUDGE KIMBERLY A. SWANK

DATE IMPOSED
8/19/2026

TO BE BROUGHT BEFORE:
ANY US MAGISTRATE JUDGE

CLERK
Peter A. Moore, Jr.

(BY) DEPUTY CLERK

DATE
9/2/2026

RETURN

| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| | 10/15/26 | 10/15/26 |

EXECUTING AGENCY (NAME AND ADDRESS)
DUPAGE COUNTY SHERIFFS OFFICE

| NAME | BY | DATE |
|---|---|---|
| CPL. ROJAS | | 10/15/16 |

[1]Insert designation of officer to whom the warrant is issued, e.g. " any United States Marshal or any other authorized officer;" or "any United States marshal;" or "any Special Agent of the Federal Bureau of Investigation" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit".

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

Sealed Motion for Revocation on Offender Under Probation
Warrant Requested

| | | | |
|---|---|---|---|
| Name of Offender: | Anthony K. Linton | Case Number: | 5:25-MJ-2214-1 |
| Name of Sentencing Judge: | Honorable Robert T. Numbers, II | | |
| Date of Original Sentence: | August 19, 2026 | | |
| Original Offense: | Count 1- Driving While Impaired (Level 5 sentence), in violation of 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1. | | |
| Original Sentence: | 12 months Probation | | |
| Type of Supervision: | Probation | Supervision Started: 8/19/2026 | |
| Defense Attorney: | Michael McDonald | | |

PETITIONING THE COURT

Violation 1 - Failure to answer truthfully inquiries by the probation officer.

On August 21, 2026, this officer received notification from the Eastern District of New York that the defendant had advised their office that he did not reside in New York and was residing in North Carolina. This officer subsequently contacted the defendant by telephone and questioned him regarding his current residence. The defendant advised this officer that he resided in New York. However, the defendant subsequently advised the Eastern District of New York that he resided in North Carolina.

On August 26, 2026, this officer received notification from Officer Michael J. Stec of the Eastern District of New York regarding the defendant. According to Officer Stec, the defendant was contacted to establish a date and time for an investigation of his reported residence. When questioned regarding the ownership of the residence, the defendant refused to provide contact information for the owner of the residence.

Violation 2 - Failure to follow the instructions of the probation officer

On August 24, 2026, the defendant was instructed to report to his reported address of 117- 19th Street New York, New York 1411, on that date. On August 26, 2026, this officer received notification from Officer Michael Stec of the Eastern District of New York advising the defendant stated he was in Maryland for business and would not be available to report to New York for a few weeks.

Violation 3 – Operating a Motor Vehicle

On August 19, 2026, as a condition of probation, the defendant was ordered to refrain from operating a motor vehicle on any highway, street, or public vehicular area in any jurisdiction except in accordance with the terms and conditions of a limited driving privilege issued by a judge of the United States District Court that has jurisdiction over the defendant's probation. On August 21, 2026, this officer spoke with the defendant by telephone. During the conversation, he admitted to this officer he was operating a motor vehicle. On that date, the defendant was instructed not to operate a motor vehicle unless he had a limited driving privilege. Furthermore, on August 26, 2026, the defendant spoke to Officer Michael Stec of the Eastern District of New York, and he admitted he was operating a motor vehicle on that date.

Violation 4 - The offender has absconded supervision.

On August 24, 2026, this officer contacted the defendant by telephone due to receiving information from the Eastern District of New York that the defendant stated to them that he lived in North Carolina. This officer requested the defendant to provide an address in North Carolina for supervision purposes. The defendant refused to provide an address as requested and stated he wanted to be supervised in New York.

Additionally, the defendant spoke to the probation office in the Eastern District in New York, and advised them that he lived in North Carolina, but did not want any probation officers coming to his home. Furthermore, the defendant has failed to provide this officer with a valid residence in North Carolina, and his current whereabouts are unknown. At this time, the defendant has made himself unavailable to be supervised by the U.S. Probation Office.

In view thereof, we respectfully petition the court for the issuance of a warrant and recommend that the term of supervision be revoked. Since the defendant has a history of violence, it is recommended that this petition and order be placed under seal until execution of the warrant. The purpose of sealing this document is to facilitate officer safety and to disallow the defendant's knowledge of issuance of the warrant.

This the 31st day of August, 2026.

Reviewed and approved,

/s/ Keith W. Lawrence
Keith W. Lawrence
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ C. Jordan Hagins
C. Jordan Hagins
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2533
Executed On: August 31, 2026

---

THE COURT ORDERS:

■ ISSUANCE OF A WARRANT. This petition and warrant shall remain sealed until the warrant is executed. The Clerk shall provide a copy of the petition and warrant to the U.S. Probation Office and the U.S. Attorney's Office.

☐ OTHER:

Robert T Numbers II
Robert T. Numbers, II
U.S. Magistrate Judge

9/1/2026
Date